UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOON JA KANG<br><br>*Plaintiff*,<br><br>v.<br><br>LA FITNESS, LA FITNESS OF SOUTH PLAINFIELD, JOHN DOES 1–5, et al.,<br><br>*Defendants*. | Civil No.: 2:14-cv-07147 (KSH) (CLW)<br><br><u>**ORDER**</u> |

**THIS MATTER** having come before the Court by way of motion (D.E. 22) brought by defendant Fitness International, LLC d/b/a LA Fitness (incorrectly designated as LA Fitness of South Plainfield) for an Order granting summary judgment to dismiss plaintiff's claims; and the Court having considered the written submissions of the parties (D.E. 22, 25, 26); and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 29th day of December, 2016, hereby

**ORDERED** that defendant's motion for summary judgment (D.E. 22) is **granted**; and it is further

**ORDERED** that plaintiff's complaint (D.E. 1) is **dismissed** and the Clerk of the Court is directed to close this case.

s/ Katharine S. Hayden_____
Katharine S. Hayden, U.S.D.J.

1